IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS McDANIEL,

    Plaintiff,

vs.   CASE NO. 5:11cv14/RS-CJK

UNITED PARCEL SERVICE,

    Defendant.
_____/

## ORDER

The relief requested by Plaintiff's Motion For Order Enlarging Time For Response To Defendant's Motion For Summary Judgment (Doc. 27) is **granted**.

**ORDERED** on September 7, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**