IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOUGLAS McDANIEL,

    Plaintiff,

vs.                                   CASE NO. 5:11cv14/RS-CJK

UNITED PARCEL SERVICE,

    Defendant.

_____/

## ORDER

The relief requested by Plaintiff's Motion For Order Enlarging Time For Response To Defendant's Motion For Summary Judgment (Doc. 29) is **granted**.

**ORDERED** on September 12, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**