# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DOUGLAS McDANIEL,**

    **Plaintiff,**

**vs.**                         **CASE NO. 5:11-cv-14/RS-GRJ**

**UNITED PARCEL SERVICE, INC.,**

    **Defendant.**
_____/

## ORDER

The relief requested in Defendant's Unopposed Motion and Memorandum for Leave to File a Reply in Support of its Motion for Summary Judgment (Doc. 33) is **GRANTED**. The reply shall be filed not later than September 23, 2011.

**ORDERED** on September 16, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**